## C. J. CLARK V. THE STATE.

No. 18759.   Delivered January 27, 1937.
Rehearing Denied March 10, 1937.

The opinion states the case.

*Frank D. Ivey* and *Leo Darley,* both of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for burglary; punishment, six years in the penitentiary.

The record is here without statement of facts or bills of exceptions. All matters of procedure appear regular.

The judgment is affirmed.

*Affirmed.*

ON MOTION FOR REHEARING.

MORROW, PRESIDING JUDGE.—The appellant has presented his personal motion for rehearing in an effort to have the court consider the case on the merits as set out in his motion. We are constrained to overrule his contention as the rules of the court will not permit us to entertain the argument or brief of the appellant in lieu of the evidence which should come before the court in a verified statement of facts.

The motion is overruled.

*Overruled.*